IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

DANA LYNN GARRETT                                              PLAINTIFF

v.                          No. 4:17-cv-306-DPM

RICKY SHOURD, Sheriff, White County
Sheriff Office; PAUL HOFSTEAD, Deputy,
White County Sheriff Office; RICKY SMITH,
Administrator, Department of Human Services;
FELICIA HICKERSON, Case Worker, Department
of Family Protective Services; MONICA COLE,
Supervisor, Department of Family Protective
Services; RONNIE FOSTER, Captain, Anderson
County Sheriff Office; GARY TAYLOR, Sheriff,
Anderson County Sheriff Office; SHARON VAN
COMPERNOLLE, Great Grandparent of Child; and
JOHN VAN COMPERNOLLE, Great Grandparent
of Child                                                      DEFENDANTS

ORDER

1.  Garrett hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*.  She must do one or the other by 26 August 2017.  If she doesn't, then her case will be dismissed without prejudice.  LOCAL RULE 5.5(2).

2.  The Court directs the Clerk to send Garrett a free-world application to proceed *in forma pauperis* with a copy of this Order.

So Ordered.

W.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

26 July 2017