IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

DANA LYNN GARRETT                                                    PLAINTIFF

v.                          No. 4:17-cv-306-DPM

RICKY SHOURD, Sheriff, White County
Sheriff Office; PAUL HOFSTEAD, Deputy,
White County Sheriff Office; RICKY SMITH,
Administrator, Department of Human Services;
FELICIA HICKERSON, Case Worker, Department
of Family Protective Services; MONICA COLE,
Supervisor, Department of Family Protective
Services; RONNIE FOSTER, Captain, Anderson
County Sheriff Office; GARY TAYLOR, Sheriff,
Anderson County Sheriff Office; SHARON VAN
COMPERNOLLE, Great Grandparent of Child; and
JOHN VAN COMPERNOLLE, Great Grandparent
of Child                                                             DEFENDANTS

ORDER

1. Application to proceed *in forma pauperis*, № 4, granted. Garrett has little income, no assets, and several substantial debts. She can't afford to pay the filing fee or service fees in this case.

2. The Court must screen Garrett's complaint. № 2; 28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A. Defendants Sharon and John Van

Compernolle aren't state actors and therefore can't be sued in this § 1983 case. *Carlson v. Roetzel & Andress*, 552 F.3d 648, 650 (8th Cir. 2008). Garrett's claims against them are therefore dismissed without prejudice. Garrett also lists Cole, Foster, Hickerson Smith, and Taylor as defendants; but she doesn't say what any of them did to violate her constitutional rights. № 2. These claims are dismissed without prejudice for failure to state a claim. *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 55 (2007).

**3.** It's unclear from Garrett's complaint whether she's alleging she was unlawfully detained by Shourd, Hofstead, or both. Garret must file a supplement clarifying this point by 12 October 2017. If she doesn't, then her complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017