IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

DANA LYNN GARRETT                                                    PLAINTIFF

v.                         No. 4:17-cv-306-DPM

RICKY SHOURD, Sheriff, White County
Sheriff's Office; and PAUL HOFSTEAD,
Deputy, White County Sheriff's Office                              DEFENDANTS

## ORDER

Garrett hasn't filed a supplement clarifying who allegedly unlawfully detained her; and the time to do so has passed. № 5. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2017