# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVIVSION

DANA LYNN GARRETT                                          PLAINTIFF

v.                    No. 4:17-cv-306-DPM

RICKY SHOURD, Sheriff, White County
Sheriff's Office; PAUL HOFSTEAD, Deputy,
White County Sheriff's Office; RICKY SMITH,
Administrator, Department of Human Services;
FELICIA HICKERSON, Case Worker, Department
of Family Protective Services; MONICA COLE,
Supervisor, Department of Family Protective
Services; RONNIE FOSTER, Captain, Anderson
County Sheriff's Office; GARY TAYLOR, Sheriff,
Anderson County Sheriff's Office; SHARON VAN
COMPERNOLLE, Great Grandparent of Child; and
JOHN VAN COMPERNOLLE, Great Grandparent
of Child                                              DEFENDANTS

## JUDGMENT

Garrett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2017